UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-21245-CV-WILLIAMS

SIDNEY EDWARD BRUNO HOELTZELL,
et al.,

       Plaintiffs,

vs.

CALDERA GRAPHICS,

       Defendant.
_____/

## AMENDED FINAL JUDGMENT

Pursuant to the jury's verdict, a final judgment is hereby entered jointly and severally in favor of in favor of Plaintiff Sidney Edward Bruno Hoeltzell and Plaintiff Sid Hoeltzell Photography, Inc. and against Defendant Caldera Graphics in the amount of $100,000.00, for which sum let execution issue and upon which post-judgment interest shall accrue at the statutory rate from the date of this Final Judgment. The Court reserves jurisdiction to consider any timely motions for fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida this 20th day of July, 2012.

                                    KATHLEEN M. WILLIAMS
                                    UNITED STATES DISTRICT JUDGE

cc: Counsel of Record